

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00444-CV

———————————————

OMAR APOLO JACOBO, Appellant

V.

JOHN M. MARTIN FWPD BADGE 4112 (FORT WORTH POLICE
DEPARTMENT), Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-335857-22

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

On February 23, 2023 and April 10, 2023, we notified appellant that he did not comply with certain Texas Rules of Civil Procedure and requested that appellant file an amended brief that complied with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.4, 38.1, and 2nd Tex. App. (Fort Worth) Loc. R. 1. We stated that we may strike appellant's brief and dismiss the appeal unless, within ten days, appellant filed with the court an amended brief. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

Because appellant has failed to file an amended brief even after we afforded an opportunity to do so, we strike appellant's brief and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: May 18, 2023